IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MOLLY BRADY,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **BLOCK, INC. d/b/a CASH APP,** § <br> § <br> **Defendant.** § <br> § <br> § | **CIVIL ACTION NO. 4:26-cv-00358** |

### DEFENDANT BLOCK, INC. D/B/A CASH APP'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT WITHOUT WAIVER OF THE RIGHT TO COMPEL ARBITRATION

TO THE HONORABLE JUDGE KEITH P. ELLISON:

Defendant Block, Inc. d/b/a Cash App ("BLOCK") respectfully moves this Court for a 14-day extension of time to respond to the Complaint, stating as follows:

1. BLOCK removed this case to this Court on January 16, 2026. (D.E. 1.)

2. BLOCK's deadline to respond to the Complaint was January 23, 2026. *See* Fed.R.Civ.P. 81(c)(1)(C).

3. On January 21, 2026, BLOCK filed an unopposed motion for 21-day extension of time to respond to the Complaint without waiver of the right to compel arbitration. (D.E. 5.)

4. On the same day, this Court granted the Motion, causing BLOCK response to the Complaint to be due February 13, 2026. (D.E. 6.)

5. The Parties are discussing potential resolution and BLOCK seeks a 14-day extension of time to respond to the Complaint without waiver of the right to compel arbitration to allow the Parties to continue those discussions without the need to incur the cost and expense associated with responding to the Complaint.

65525912 v1

6.  Rule 6 of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *See* Fed.R.Civ.P. 6.

7.  BLOCK respectfully contends that good cause exists for the requested extension.

8.  No party will be prejudiced by this Court granting the relief requested in this Motion. It is not filed for purposes of harassment or delay and Plaintiff does not oppose the relief requested in this Motion.

9.  For the reasons stated above, BLOCK respectfully requests a 14-day extension of time to respond to the Complaint without waiver of the right to compel arbitration through February 27, 2026. A proposed Order is attached hereto for the Court's consideration.

WHEREFORE, Defendant Block, Inc. d/b/a Cash App respectfully requests a 14-day extension of time to respond to the Complaint without waiver of the right to compel arbitration.

**Certificate of Conference**

Undersigned counsel does hereby certify that on February 3, 2026, he conferred with Plaintiff regarding the relief requested in this Motion and Plaintiff advised that she had no opposition thereto.

Dated: February 9, 2026

        Respectfully Submitted,

        */s/ Joshua H. Threadcraft*
        **Joshua H. Threadcraft (attorney-in-charge)**
        S.D. Tex. Bar. No.: 2330484
        TX Bar No. 24147561
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, AL 35203
        Telephone: (205) 251-3000
        Facsimile: (205) 413-8701
        Email: JThreadcraft@burr.com
        *Counsel for Defendant*
        BLOCK, INC. D/B/A CASH APP

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 9th day of February, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, and that I also caused a copy of the foregoing to be served via First Class U.S. Mail, postage prepaid and email on the following:

        Molly Brady
        4250 Woodridge Parkway
        Unit 1022
        Porter, TX 77365
        (346) 625-3055
        mollybrady1111@gmail.com
        *Plaintiff Pro Se*

        */s/ Joshua H. Threadcraft*
        Joshua H. Threadcraft