# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MOLLY BRADY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:26-cv-00358** |
| § | |
| **BLOCK, INC. d/b/a CASH APP,** § | |
| § | |
| **Defendant.** § | |
| § | |

## ORDER ON DEFENDANT BLOCK, INC. D/B/A CASH APP'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT WITHOUT WAIVER OF THE RIGHT TO COMPEL ARBITRATION

This Court has before it Defendant Block, Inc. d/b/a Cash App's Second Unopposed Motion for Extension of Time to Respond to the Complaint Without Waiver of the Right to Compel Arbitration. (Dkt. 8.) After fully considering the Motion, and finding that it is unopposed,

**IT IS HEREBY ORDERED** that Defendant Block, Inc. d/b/a Cash App's deadline to respond to the Complaint is February 27, 2026.

Signed on February ___, 2026, at Houston, Texas.

                                                      Honorable Keith P. Ellison
                                                      United States District Judge